| AO 10 Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2012 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Agee, George S. | 4th Circuit | 04/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active Circuit Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

Fourth Circuit U.S. Court of Appeals
1100 E. Main Street
Richmond, VA 23218

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Bridgewater College |
| 3. | Director | Bradley Free Clinic |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Commonwealth of Virginia-Retirement Income | $65,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Carilion Clinic-Salary |
| 2. 2012 | RGC Resources, Inc. - Director Fees |
| 3. 2012 | Hometown Bank - Director Fees |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mainstreet Bankshares | A | Dividend | J | U | | | | | |
| 2. SUWI, LLC | C | Distribution | L | W | | | | | |
| 3. -Rental Property #1 Roanoke, VA | | | | | | | | | |
| 4. -Rental Property #2 Roanoke, VA | | | | | | | | | |
| 5. Agee Mill, LLC | A | Distribution | L | W | | | | | |
| 6. RGC Resources, Inc. | C | Dividend | M | T | Buy | 06/29/12 | K | | |
| 7. First Citizens Bank Account | A | Interest | J | T | | | | | |
| 8. Hometown Bank | A | Dividend | K | T | Buy | 06/27/12 | J | | |
| 9. Metro Wash DCA Airport Bond | A | Interest | | | Redeemed | 10/01/12 | J | A | |
| 10. BBT | A | Dividend | J | T | | | | | |
| 11. INTC | A | Dividend | J | T | | | | | |
| 12. MCK | A | Dividend | | | Donated | | | | |
| 13. MSFT | A | Dividend | J | T | | | | | |
| 14. CAIBX | A | Dividend | L | T | Buy | 12/04/12 | J | | |
| 15. CWGIX | A | Dividend | J | T | | | | | |
| 16. ANCFX | A | Dividend | L | T | | | | | |
| 17. AGTHX | A | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ANWPX | A | Dividend | K | T | | | | | See Note #5, Part VIII |
| 19. NEWFX | A | Dividend | J | T | | | | | |
| 20. IGAAX | A | Dividend | K | T | | | | | |
| 21. COF | A | Dividend | J | T | | | | | |
| 22. VYFC | A | Int./Div. | J | T | | | | | |
| 23. NYVCX | A | Dividend | J | T | | | | | |
| 24. ACERX | A | Dividend | K | T | | | | | |
| 25. TFVAX | A | Dividend | J | T | | | | | |
| 26. AMECX | A | Dividend | K | T | | | | | |
| 27. AFL | A | Dividend | J | T | | | | | |
| 28. STLD | A | Dividend | J | T | | | | | |
| 29. SBPLX | A | Dividend | J | T | | | | | |
| 30. FSBCX | A | Dividend | K | T | | | | | |
| 31. Edward Jones Cash Account | A | Interest | J | T | | | | | |
| 32. Broadway VA IDA Bond | A | Interest | J | T | | | | | |
| 33. IRA #1* | B | Dividend | L | T | | | | | |
| 34. -IGAAX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ANWPX | | | | | | | | | |
| 36. -CWGIX | | | | | | | | | |
| 37. -AMRMX | | | | | | | | | |
| 38. -ANCFX | | | | | | | | | |
| 39. -CAIBX | | | | | | | | | |
| 40. -AMECX | | | | | | | | | |
| 41. -AMCPX | | | | | | | | | |
| 42. -AGTHX | | | | | | | | | |
| 43. -NEWFX | | | | | | | | | |
| 44. Retirement Account #1 Virginia Deferred Compensation Plan | D | Dividend | M | T | | | | | |
| 45. -VRS Stock Fund (formerly Russell 1000 Value Index) | | | | | | | | | See Note #2 Part VIII |
| 46. -Stable Value Fund | | | | | | | | | |
| 47. -VRS Stock Fund (formerly SAND P 500 Index Fund) | | | | | | | | | See Note #2 Part VIII |
| 48. -VRS Int'l Stock Fund (formerly Active Global Equity Fund) | | | | | | | | | See Note #2 Part VIII |
| 49. -Active Bond Fund | | | | | | | | | |
| 50. -VRS Stock Fund (formerly Russell 1000 Growth Index Fund | | | | | | | | | See Note #2 Part VIII |
| 51. -VRS Stock Fund (formerly Russell 3000 Index Fund) | | | | | | | | | See Note #2 Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Trust #1 | B | Int./Div. | M | T | | | | | |
| 53.  -Valley Bank Account | | | | | | | | | |
| 54.  -River Community Bank Account | | | | | | | | | |
| 55.  -Edward Jones Account | | | | | | | | | |
| 56.  -MET | | | | | | | | | |
| 57.  -WFC | | | | | | | | | |
| 58.  -ACERX | | | | | | | | | |
| 59.  IRA #2 | B | Dividend | K | T | | | | | |
| 60.  -IGAAX | | | | | | | | | |
| 61.  -ANWPX | | | | | | | | | |
| 62.  -CWGIX | | | | | | | | | |
| 63.  -AMRMX | | | | | | | | | |
| 64.  -ANCFX | | | | | | | | | |
| 65.  -CAIBX | | | | | | | | | |
| 66.  -AMECX | | | | | | | | | |
| 67.  -AMCPX | | | | | | | | | |
| 68.  -AGTHX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -NEWFX | | | | | | | | | |
| 70. Retirement Account #2 Carilion Health System Sec 403(b) Plan | E | Dividend | N | T | | | | | |
| 71. -Pimco Low Duration | | | | | | | | | |
| 72. -Invesco Equity & Income Fund Y (formerly Van Kamp. Equity) | | | | | | | | | |
| 73. -FID Spartan 500 Index Investor | | | | | | | | | See Note #3 Part VIII |
| 74. -FID Low Priced Stock | | | | | | | | | |
| 75. -American Funds Euro Pacific Growth | | | | | | | | | |
| 76. -Goldman Sachs MDCAP Val/A | | | | | | | | | |
| 77. -Prudential Jennison Sm Company A*1 | | | | | | | | | |
| 78. -Munder Mid Cap Core Gr A | | | | | | | | | |
| 79. Retirement Acct #3 Carilion Health System Sec 457(b) Plan | D | Dividend | M | T | | | | | |
| 80. -Invesco Equity & Income Fund Y (formerly Van Kampen Equity) | | | | | | | | | |
| 81. -Black Rock Equity Dividend | | | | | | | | | |
| 82. Retirement Acct #4 Equivest TSA 501(c)(3) Plan | A | Int./Div. | K | T | | | | | |
| 83. -EQ Guaranteed Interest | | | | | | | | | |
| 84. -EQ International Equity Index | | | | | | | | | |
| 85. -EQ Alliance Bernstein SmCpGR | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -EQ Market Mid Cap Value Plus | | | | | | | | | |
| 87. -EQ Black Rock Basic | | | | | | | | | |
| 88. -Equitable Multimanager Core Bond | | | | | | | | | |
| 89. -Equitable Multimanager Multi Sector Bond | | | | | | | | | |
| 90. Retirement Acct #5 Alliance Benefit Group Capital ACCU.AC | E | Dividend | N | T | | | | | |
| 91. -TWEAX | | | | | | | | | |
| 92. -CAAPX | | | | | | | | | |
| 93. -FMCAX | | | | | | | | | |
| 94. -GABGX | | | | | | | | | |
| 95. -WEBAX | | | | | | | | | |
| 96. -GABAX | | | | | | | | | |
| 97. -PREIX | | | | | | | | | |
| 98. -FTCIMA | | | | | | | | | |
| 99. -VFNIX | | | | | | | | | |
| 100. Life Insurance Policy #1 Natl Life Ins Co Whole Life | C | Dividend | M | T | | | | | |
| 101. Life Insurance Policy #2 Equitable Variable Life | A | Dividend | J | T | | | | | |
| 102. -AXA Moderate Allocation | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -EQ/Common Stock Index | | | | | | | | | |
| 104. -Multimanager, Aggressive Equity | | | | | | | | | |
| 105. 529 Virginia College Savings Plan | A | Dividend | J | T | | | | | |
| 106. -Piedmont Portfolio | | | | | | | | | |
| 107. Life Insurance Policy #3 Lincoln Nat'l Life Ins Co Prem Life | C | Int./Div. | J | T | | | | | |
| 108. -LVIP Templeton Growth RPM Fund | | | | | | | | | |
| 109. -LVIP Money Market | | | | | | | | | |
| 110. -LVIP T. Rowe Price Growth Stock | | | | | | | | | |
| 111. -LVIP MFS International Growth | | | | | | | | | |
| 112. -LVIP Delaware Growth & Income | | | | | | | | | |
| 113. -LVIP Delaware Bond | | | | | | | | | |
| 114. -LVIP MFS Value | | | | | | | | | |
| 115. -Fidelity VIP Equity-Income | | | | | | | | | |
| 116. -Fidelity VIP Contrafund | | | | | | | | | |
| 117. -LVIP Sep 500 Index | | | | | | | | | |
| 118. -Pimco Total Return Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Agee, George S. | 04/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. No income from Trust #1 comes to me as Trustee and is solely for the benefit of a third party. I receive no compensation from the Trust.

2. In Part VII, Items 45, 47, 50 and 51, effective July 23, 2013, the Commonwealth of Virginia Deferred Compensation Plans of the Virginia Retirement System (VRS) changed the investments in the Russell 1000 value index, the SEP 500 Index fund, the Russell 1000 growth index fund and the Russell 3000 index fund to the VRS stock fund. That same date, VRS also transferred all funds in the Active Global Equity Fund, Part VII, Item 48 to the VRS International Stock Fund.

3. In Part VII, Item 73, Fidelity Spartan 500 Index Investor was previously misspelled as FID Spartan UseqIDX.

4. In Part VII, Item 107, the insured had no equity interest in the investment portion of the policy until 2012.

5. In Part VII, Item 18, ANWPX stock was erroneously listed twice in last year's report for the same asset.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George S. Agee**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544